## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**FILED**

**FEB - 2 2009**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |
|---|---|
| IN RE:<br><br>GUANTÁNAMO BAY<br>DETAINEE LITIGATION<br><br>———<br><br>AL QOSI,<br><br>        Petitioner,<br><br>v.<br><br>BARACK H. OBAMA,<br>President of the United States, *et al.*,<br><br>        Respondents. | Misc. No. 08-442 (TFH)<br><br><br><br>Civil Action No. 1:04-cv-01937 (PLF) |

## [PROPOSED] ORDER GRANTING
## PETITIONER'S AMENDED CONSENT MOTION FOR EXTENSION OF TIME
## TO RESPOND TO RESPONDENTS' MOTION TO DISMISS HABEAS PETITION
## WITHOUT PREJUDICE OR, ALTERNATIVELY, TO HOLD PETITION IN ABEYANCE
## PENDING COMPLETION OF MILITARY COMMISSION PROCEEDINGS

Upon consideration of Petitioner's *Amended Consent Motion for an Extension of Time in Which to Respond* to Respondents' *Motion to Dismiss Habeas Petition Without Prejudice or, Alternatively, to Hold Petition in Abeyance Pending Completion of Military Commission Proceedings*, it is hereby

**ORDERED** that the Motion is granted; Petitioner shall have through and including February 13th in which to respond to Respondents' *Motion to Dismiss*.

SIGNED AND ENTERED this 2 day of Feb , 2009.

_____
United States District Judge